PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
ANTHONY FURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00454 SOM-01 |
| | ) |
| Plaintiff, | ) MOTION TO CONTINUE FILING |
| | ) DEADLINE; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| ANTHONY FURTADO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE FILING DEADLINE

COMES NOW the Office of the Federal Public Defender for the

District of Hawaii, by and through, Alexander Silvert, First Assistant Federal

Defender, having been appointed to represent ANTHONY FURTADO, and hereby

states that Counsel has spoken with Defendant.  Mr. Anthony Furtado was designated as a career offender.  His guideline range was 188-235 months based upon the career offender guidelines.  At the time of his original sentencing hearing, the Court departed downward due to the small amount of cocaine base involved in the case (.175 grams) to 110 months.  That represents a downward departure of 41%.  But for his designation as a career offender, Mr. Furtado would have been at level 14.  The government has informed counsel that even though Mr. Furtado received a departure, taking him out of the career offender guidelines, they will oppose any further reduction pursuant to the crack cocaine amendment.  While that amendment does not, per se, affect the career offender guidelines, the new amendment lowers Mr. Furtado's otherwise applicable drug guidelines by two levels.  That reduction, the defense submits, needs to be considered by the Court in redetermining the extent of the departure given to Mr. Furtado as the Court may be inclined to take into account the new guideline amendment and lower his sentence a few more months.  Accordingly, a motion will need to be filed by Mr. Furtado with the government expected to file an opposition.  No court in the District of Hawaii has, as of yet, directly addressed this issue – where a defendant's original designation and resulting guideline range as a career offender was reduced by a departure motion.

At the present time, Mr. Furtado's projected release date is August 5, 2008. Currently, because Mr. Furtado was found to be a career offender, there is no alternative projected release date were this Court to further reduce his sentence.

Wherefore, after consulting with Mr. Furtado, counsel is requesting an additional 15 days by which to file a motion pursuant to the new crack cocaine amendment.

DATED: Honolulu, Hawaii, April 28, 2008.

     /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
ANTHONY FURTADO

## **CERTIFICATE OF SERVICE**

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    FLORENCE T. NAKAKUNI (via electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    United States Probation Office        (hand delivered)
    300 Ala Moana Boulevard
    PJKK Federal Building, Room C-110
    Honolulu, Hawaii  96850


DATED: Honolulu, Hawaii, April 28, 2008.

                                             /s/ Alexander Silvert
                                            ALEXANDER SILVERT
                                            Attorney for Defendant
                                            ANTHONY FURTADO