PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
ANTHONY FURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00454 SOM-01 |
| | ) |
| Plaintiff, | ) NOTICE OF INTENT NOT TO FILE |
| | ) A MOTION PURSUANT TO |
| vs. | ) CRACK COCAINE AMENDMENT; |
| | ) CERTIFICATE OF SERVICE |
| ANTHONY FURTADO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION OF INTENT NOT TO FILE
A MOTION PURSUANT TO CRACK COCAINE AMENDMENT**

After reviewing Mr. Furtado's case regarding the possible application

of the new crack cocaine amendment, and after discussing this matter with him in

person, Mr. Furtado, through counsel, hereby notifies the Court that he does not

intend to file a motion to reduce his sentence at this time.  Mr. Furtado is presently residing at Mahoney Hale and is projected to be released in August of this year.

  DATED: Honolulu, Hawaii, May 13, 2008.


           /s/ Alexander Silvert
          ALEXANDER SILVERT
          Attorney for Defendant
          ANTHONY FURTADO

# CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    FLORENCE T. NAKAKUNI (via electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    United States Probation Office    (hand delivered)
    300 Ala Moana Boulevard
    PJKK Federal Building, Room C-110
    Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 13, 2008.

                            /s/ Alexander Silvert
                            ALEXANDER SILVERT
                            Attorney for Defendant
                            ANTHONY FURTADO